UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF PENNSYLVANIA

Stay Butler, plaintiff
v.
P. Zdzinski

Case # 3:20-cv-176-RDM-CA

FILED
SCRANTON
JUN 29 2020
Per_____ DEPUTY CLERK

Comes now plaintiff Stay Butler acting pro-se ask this Honorable court to accept this motion to the clerk and state as follows.

1) Exhibit (A) Attachment in support of proposed Amendant Complaint statement of facts.

2) Exhibit (A) attachment is referenced in plaintiffs proposed amendant complaint statements of facts.

3) Exhibit (A) attachment in support of proposed amendant memorandum of law.

4) Exhibit (A) attachment is referenced in plaintiffs proposed amendant memorandum of law.

### Relief

Plaintiff hereby ask that the enclosed exhibit (A) attachment is attached to the proposed amendant complaint in support of statement of facts and proposed amendant memorandum of law, to be used as supporting evidence/facts.
Under penalty of perjury    Stay Butler  6/23/20

1

# Certificate of SERVICE

I hereby declare that the following enclosed was provided, furnished by U.S. mail on this

__23__ of __June__ of __2020__
 Day        Month         Year

Under penalty of perjury

CC: Clerk of Court

William J. Nealon Federal Bldg & U.S.    STroy Butler 05375-017
Court House                               A.U.S.P. Thomson
235 N. Washington Ave                     PO Box 1002
P.O. Box 1148                             Thomson, IL 61285
Scranton, PA 18501

2

# Proof of SERVICE

I Stacy Butler Hereby declare that on this 23rd day of June of 2020 placed

in the hands of legal mail secreatary here at A.U.S.P. Thomson, P.O. Box 1002 Thomson, IL 61285 Said "Documents": (1) motion to the clerk, (1) certificate of service (1) exhibit (A) Attachment

Adressed TO: clerk of court
William J. Nealon Federal Bldg & U.S. Courthouse
235. N. Washington Ave
P.O. Box 1148
Scranton, PA 18501

Under penalty of perjury

Stacy Butler 05373-017
A.U.S.P. Thomson, P.O. Box 1002
Thomson, IL 61275

3

EXHIBIT F
(A) ATTACHMENT

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BUTLER, STACY LEON | | | Reg #: | 05373-017 |
| Date of Birth: | 02/17/1976 | Sex: | M    Race: BLACK | Facility: | CAA |
| Note Date: | 03/21/2018 16:00 | Provider: | Horeis, Tom PharmD | Unit: | C04 |

Pharmacy Note - Chart Review-Other encounter performed at Housing Unit.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Horeis, Tom PharmD

Let this note reflect that Inmate Butler may have received the wrong medication at pill line conducted in the housing units on 3/21/18 (evening pill line).

Inmate Butler may have received his cellmates medication (mirtazapine 7.5mg) instead of his own medication.

side effects might include some drowsiness, but was monitored over evening with no complaints to officers in unit. Inmate on pill line, so will add notes if any additional complaints made.

note that inmates medications do not look like his cellmates medications.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Horeis, Tom PharmD on 03/23/2018 12:01

INMATE NAME  MR. Stacy Butler
REGISTER NUMBER  05373-017
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1002
THOMSON, IL 61285

RECEIVED
SCRANTON
JUN 29 2020
_____
DEPUTY CLERK

" legal mail "

INMATE
IDENTIFICATION
CONFIRMED

18501811148

QUAD CITIES IL PDT
25 JUN 2020  IL 612 21
           PM

Clerk of Court
William J. Nealon Federal Bldg & U.S. Courthouse
235 N. Washington Ave
P.O. Box 1148
Scranton, PA 18501