UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT
OF PENNSYLVANIA

Stacy Butler, Plaintiff

v.

P. Zdziarski

Case # 3:20-CV-0176

Clerk of Court

Comes now Stacy Butler acting pro-se As this Honorable Court and states as follows

Please provide update copy of docket sheet
Please provide true copies (1) of the following enclosed documents.

under penalty of perjury

7/14/2020

FILED
SCRANTON
JUL 24 2020
PER_____
DEPUTY CLERK

Mr. Stacy Butler #05373-017
Administrative United States Penitentiary
P.O. Box 1002
Thomson, IL 61285

RECEIVED
SCRANTON
JUL 24 2020
PER _____ DEPUTY CLERK

INMATE IDENTIFICATION CONFIRMED





Clerk of Court
William J. Nealon Federal
235 N. Washington A[ve]
P.O. Box 1148
Scranton, PA 185[01]

INMATE IDENTIFICATION CONFIRMED