UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT
OF PENNSYLVANIA

STACY BUTLER
Plaintiff
v.
P. ZDZIABSKI
Defendant

CASE # 3:20-CV-0176-RDM-CA

FILED
SCRANTON

AUG 10 2020

PER _____ DEPUTY CLERK

## MOTION OBJECTION TO DEFENDANTS MOTION TO DISMISS

COMES NOW plaintiff STACY BUTLER acting pro-se in Haines v. Kerner ask this Honorable Court to except this motion and states as follows,

1) Defendant did not meet the deadline for their first motion of dismiss inwhich was due 5/22/20 in accord to local rule 7.5.

2) Defendant filed the out of time motion on 6/02/20 stating that there was a postage shortage but without presenting any evidence to support this claim.

3) Defendant has filed a second notice to dismiss on 7/13/20 inwhich deadline was 7/31/20, 14 days in accord to local rule 7.5.

4) Defendant second motion to dismiss proposed amended complaint has failed to meet M.D. P.A. local Rule 7.5. requirement inwhich now deems the motion unfiled (withdrawn).

8) Defendant stated the their motion would meet local Rule 7.5. on the face of the notice to dismiss, but in failing to do so has violated number (5) of Code of professional conduct under pennsylvania Law, in which states - I will be punctual in appointments communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the Judicial system.

### Releif

Plaintiff now pray by way of relief that the defendant motion to dismiss is deemed withdrawn in accord to local rule procedure 7.5. M.D. of P.A. Specifically, the defendant second motion to dismiss dated 7/13/20.

Under penalty of perjury

Stacy Butler 05373-017
7/31/20

INMATE NAME MR-STACY BUTLER
REGISTER NUMBER 05373-017
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1002
THOMSON, IL 61285

INMATE IDENTIFICATION CONFIRMED

RECEIVED SCRANTON
AUG 10 2020
PER [signature]
DEPUTY CLERK

Legal Mail

QUAD CITIES IL PDF
IL 612 21
04 AUG 2020 PM

Clerk of Court
William J. Nealon Federal Bldg & US Courthouse
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501