UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT
OF PENNSYLVANIA

STACY BUTLER
Plaintiff
v.
P. Zdzinrski
Defendant

CASE # 3-20-CV-0176-RDM-CA

FILED
SCRANTON
AUG 10 2020
PER
DEPUTY CLERK

## Declaration FOR Entry of Default

STACY Butler, hereby declares:

I am the plaintiff herein. The complaint herein was filled on June 29th 2020.

The court files and record herein show that the defendant was served with a copy of the complaint of the plaintiffs June-29-2020.

More Than Fourtheen days in accord to local rule M.D.-P.A procedure 7.5 has passed since defendants filed a notice to dismiss on 7/13/2020.

The defendant has failed to answer, submitt for the second time to file, submitt a motion to dismiss timely in accord to local Rule 7.5 or serve a copy of any motion or any defense which might have had, upon affiant or any other plaintiff herein.

Defendant or not in the military Service and are not infants or incompetents. I declare under penalty of perjury that the foregoing is true and correct.

Stacy Butler 65373-07     Excuted 7-31-2020
                                       Date
A.U.S.P. Thomson
P.O. Box 1002
Thomson, IL 61285

Signature

# CERTIFICATE OF SERVICE

I declare that the following enclosed has been furnished by U.S. mail on this

__02__ of __AUG__ of __20__
 Day         Month         Year

Under penalty of perjury

cc: Clerk of Court
William J. Nealon Federal Bldg
& U.S. Courthouse
235. N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501

Stacy Butler #05373-017
A.U.S.P. Thomson
P.O. Box 1002
Thomson, IL 61285

INMATE NAME MR. STACY BUTLER
REGISTER NUMBER 05373-017
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1002
THOMSON, IL 61285

INMATE
IDENTIFICATION
CONFIRMED

RECEIVED
SCRANTON
AUG 10 2020
PER _____
DEPUTY CLERK

Legal Mail

Clerk of Court
William J. Nealon Federal Bldg & U.S. Courthouse
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501

QUAD CITIES IL FPDF
04 AUG 2020 PM
FOREVER / USA