# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY BUTLER, | Civil No. 3:20-cv-176 |
| Plaintiff | (Judge Mariani) |
| v. | |
| P. ZDZIARSKI, | |
| Defendant | |

## ORDER

**AND NOW**, this 25th day of February, 2021, upon consideration of Defendant's motion (Doc. 33) to dismiss, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 33) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith.  See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge